# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: sgaeta | Date Created: 7/16/2010 |
| Case: 10–03117 | Form ID: pdfeoapc | Total: 6 |

**Recipients of Notice of Electronic Filing:**
aty    Gail S. Greenwood    ggreenwood@pszjlaw.com
aty    John D. Fiero    jfiero@pszjlaw.com

                                                                           TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla    Heller Ehrman LLP    333 Bush Street    San Francisco, CA 94104
dft    Emine Technology Company, Ltd.    7304 Pebble Beach Drive    El Cerrito, CA 94530
aty    Chang C. Chen    Law Office of Dr Chang C Chen    7304 Pebble Beach Dr    El Cerrito, CA 94530
ust    Office of the U.S. Trustee / SF    Office of the U.S. Trustee    235 Pine St    Suite 700    San Francisco, CA 94104

                                                                           TOTAL: 4