Form DFT

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re:<br>Heller Ehrman LLP<br>Debtor(s) | Case No.: 08−32514 Chapter: 11 |
| Heller Ehrman LLP<br>Plaintiff(s) | Adversary Proceeding No. 10−03117 |
| vs. | |
| Emine Technology Company, Ltd.<br>Defendant(s) | |

## ENTRY OF DEFAULT BY CLERK AND NOTICE THEREON

It appearing from the records in the above−entitled action that a Summons has been served upon the defendant(s) named above, and it further appearing from the affidavit of counsel for plaintiff(s), and other evidence as required by the F.R.C.P. Rule 55(a) that the defendant(s) named below have failed to plead or otherwise defend in said action as directed in said Summons and Notice of Status conference and as provided in the Federal Rules of Civil Procedure: Now, therefore, on the request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

EMINE TECHNOLOGY COMPANY, LTD.,

Dated: 8/24/10　　　　　　　　　　For the Court:

　　　　　　　　　　　　　　　　　Gloria L. Franklin
　　　　　　　　　　　　　　　　　Clerk of Court
　　　　　　　　　　　　　　　　　United States Bankruptcy Court


　　　　　　　　　　　　　　　　　Morgan J. Brannon
　　　　　　　　　　　　　　　　　Deputy Clerk